UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER,
    Plaintiff,

CIVIL NO. 13-12083
HON. BERNARD A. FRIEDMAN

vs

TRI-COUNTY BANK,
    Defendant.
_____/

## ORDER OF DISMISSAL

This court having been advised by the parties that they stipulate to the dismissal of the above action.

Accordingly, the above-entitled action is dismissed with prejudice and without costs. However, the court expressly reserves jurisdiction/authority to enforce any conditions or terms of the settlement for a period of 60 days.

s/Bernard A. Friedman
Bernard A. Friedman
United States District Judge

Dated: July 22, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

s/Carol Mullins
Case Manager